UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Michele Lagasse</u>

    v.                     Civil No. 12-cv-240-JL

<u>McLane/Eastern, Inc.</u>


### **O R D E R**

    Plaintiff's counsel shall promptly comply with Fed. R. Civ. P. 26(f) by conferring with defendant's counsel regarding a discovery plan.  On or before **August 22, 2012,** the parties shall file a joint discovery plan.  If plaintiff has no objections to the defendant's proposed discovery plan (document no. 6), she may file a statement of assent in lieu of a joint discovery plan.  Tomorrow's preliminary pretrial conference is cancelled and will be rescheduled.

    **SO ORDERED.**

                                  _/s/ Joe Laplante_
                                  Joseph N. Laplante
                                  United States District Judge

Dated:  August 13, 2012

cc:  Kenneth J. Barnes, Esq.
     Debra Weiss Ford, Esq.